# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA DAVIDLOO,<br><br>        Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF EDWARD J. SINGER, A PROFESSIONAL LAW CORPORATION,<br><br>        Defendants. | Case No.:  5:21-cv-00936-JGB-SHK<br><br>ORDER ON STIPULATED REQUEST TO APPROVE FLSA AND PAGA SETTLEMENT AND DISMISS WITH PREJUDICE |

The Court, having reviewed the Parties' stipulated request to approve the FLSA and PAGA settlement in this matter and dismiss the matter with prejudice finds good cause and therefore GRANTS the stipulated request. According, the Court ORDERS:

(1) Defendant shall pay $2,500 to Plaintiff in the form of a paycheck, subject to 1099 reporting and all regular payroll deductions;

(2) Defendant shall pay $8,138.98 to Plaintiff, directed to the Client Trust Account of Plaintiff's counsel of record;

(3) Counsel of record for Plaintiff shall distribute $300 of the settlement fund paid by Defendant to the State of California Labor and Workforce Development Agency.

(4) The PAGA and FLSA settlement is approved as fair and reasonable resolution of a bona fide dispute.

(5) This matter is to be dismissed with prejudice. The parties are to bear their own costs and fees per their agreement.

IT IS SO ORDERED.

Dated: December 28, 2023

HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE